UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| ABDULRAHMAN CHERRI, *et al.*, ) | ) |
| Plaintiffs, ) | ) Case No. 2:12-cv-11656 |
|  | ) District Judge: AVERN COHN |
| v. ) | ) Magistrate Judge: LAURIE J. MICHAELSON |
| ROBERT S. MUELLER III, ) | ) |
| Director, Federal Bureau of Investigation, *et al.*, ) | ) |
| Defendants. ) | ) |

**DEFENDANTS' NOTICE REGARDING**
**RESPONSES TO AMENDED COMPLAINT**

As directed by the Court at the status hearing held in chambers on November 13, 2012, Defendants hereby provide notice that they will file new motions responding to Plaintiffs' amended complaint (Doc. No. 21) no later than January 18, 2012.

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

SANDRA M. SCHRAIBMAN
Assistant Branch Director, Federal Programs Branch

*/s/ Judson O. Littleton*
JUDSON O. LITTLETON (TX Bar 24065635)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Email:  judson.o.littleton@usdoj.gov
Tel:      (202) 305-8714
Fax:      (202) 616-8470

*Counsel for Defendants Robert S. Mueller III, David V. Aguilar, and Janet Napolitano, in their official capacities*

1

RUPA BHATTACHARYYA
Director, Torts Branch

ANDREA W. McCARTHY
Senior Trial Counsel

/s/ *Brant S. Levine*_____
BRANT S. LEVINE (D.C. Bar 472970)
Trial Attorney
United States Department of Justice, Civil Division
Constitutional Torts Staff
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044
Email: brant.levine@usdoj.gov
Tel:   (202) 616-4373
Fax:   (202) 616-4314

*Counsel for Defendants Robert B. Thompson and Jeff Sokolowski in their individual capacities*

## Certificate of Service

  I hereby certify that on November, 30, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Gadeir I. Abbas**
  gabbas@cair.com

- **Shereef H. Akeel**
  shereef@akeelvalentine.com

- **Lena F Masri**
  lmasri@cair.com,riqbal@cair.com

- **Jennifer E. Nimer**
  jnimer@cair.com

- **Brant S. Levine**
  brant.levine@usdoj.gov

  I further hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

- **None**

*/s/ Judson O. Littleton*
JUDSON O. LITTLETON
TX Bar 24065635
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Email:  judson.o.littleton@usdoj.gov