UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULRAHMAN CHERRI, et al.,

    Plaintiffs,

-vs-

Case No. 12-11656
Hon: AVERN COHN

ROBERT S. MUELLER, III,
Director, Federal Bureau of
Investigation, et al.,

    Defendants.

_____/

## PRETRIAL ORDER

The Court held a conference in this case on January 23, 2013, to discuss its course. At the conference this Court

1.    Directed plaintiffs to respond to defendants' motions to dismiss the amended complaint (Doc. 31 and Doc. 32) by March 15, 2013. Defendants' replies shall be filed by April 01, 2013.

2.    Directed plaintiffs to file within fifteen (15) days a draft of the form of judgment they will ask the Court to enter should they be successful (declaratory and injunctive).

SO ORDERED.

                                         s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

Dated: January 25, 2013

12-11656  CHERRI, et al v. MUELLER, III, et al

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 25, 2013, by electronic and/or ordinary mail.

                                         s/Sakne Chami
                                         Case Manager, (313) 234-5160