*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528



May 3, 2011

Lena F. Masri, Esq
Staff Attorney
Council on American-Islamic Relations
Michigan Chapter
21700 Northwestern Highway, Suite 815
Southfield, Michigan  48075

Re:   Complaint No. 11-06-CBP-0150 (Yusuf Harper)
      Complaint No. 11-06-CBP-0151 (Yousef Mawry)
      Complaint No. 11-06-CBP-0152 (Anonymous Canadian Citizen)
      Complaint No. 11-06-CBP-0153 (Fawzy Mohamed)
      Complaint No. 11-06-CBP-0154 (Wissam Charafeddine)
      Complaint No. 11-06-CBP-0155 (Anonymous Muslim Female)
      Complaint No. 11-06-CBP-0156 (Kheireddine Bouzid)
      Complaint No. 11-06-CBP-0157 (Sheikh Ali Sulaiman Ali)
      Complaint No. 11-06-CBP-0158 (Abdulrahman Cherri)
      Complaint No. 11-06-CBP-0159 (Anonymous Egyptian Male)

Dear Ms. Masri:

The Office for Civil Rights and Civil Liberties received information from you on March 24, 2011, concerning repeated handcuffing, brandishing of weapons, prolonged detentions, invasive and humiliating body searches at the border, and inappropriate questioning that pertains to religion and religious practices by U.S. Customs and Border Protection (CBP) personnel.

Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, the Office for Civil Rights and Civil Liberties has the responsibility to review and assess complaints against Department of Homeland Security employees and officials concerning violations of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion.  CRCL has received a number of complaints like yours, alleging that U.S. Customs and Border Protection (CBP) officers have engaged in inappropriate questioning about religious affiliation and practices during border screening.  We will add these complaints to the investigation we are opening on this subject.  We are unable to discuss the specifics of this investigation without the express written consent of these complainants; however, once we have their consent, we will provide you with more specific details concerning this investigation.

This Office takes allegations of violations of civil rights and civil liberties very seriously.  The purpose of our review is to assess if your complaint implicates issues that should be addressed by Department of Homeland Security management.  Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-

1, our complaint process does not provide individuals with legal or procedural rights or remedies. Accordingly, this Office is not able to obtain any legal remedies or damages on your behalf or that of the above complainants. Instead, we use complaints like yours to find and address problems in DHS policy and its implementation.

Please note that Federal law forbids retaliation or reprisal by any Federal employee against a person who makes a complaint or discloses information to this Office. 42 U.S.C. § 2000ee-1(e). If you believe that the above complainants or someone else is a victim of such a reprisal, please contact us immediately.

As we begin our review of this complaint, a representative from this Office may contact you for additional information. If you have any questions concerning this complaint, you may contact this Office by phone at 866-644-8360, 866-644-8361 (TTY), or by email at crcl@dhs.gov. When you communicate with us, please include the complaint number. In addition, it is very important to notify us of any changes in your address or telephone number or the contact information of the complainants.

The Department of Homeland Security's Traveler Redress Inquiry Program (DHS TRIP) is a program offering a single point of contact for individuals who have inquires or seek resolution regarding difficulties they experienced during their travel screenings at airports, train stations or border crossings. You may wish to encourage the above complainants, if they have not done so already, to file a redress request with DHS TRIP online at www.dhs.gov/trip or to complete the enclosed Travel Inquiry Form and send to the following address:

> DHS Traveler Redress Inquiry Program (TRIP)
> 601 South 12th Street, TSA-901
> Arlington, Virginia  22202-4220

We thank you for your complaint; inquiries like yours help the Department of Homeland Security meet its obligation to protect civil rights and civil liberties. You can expect to receive a letter from us informing you how we have concluded this matter.

Sincerely,

Margo Schlanger
Officer for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

Encl.

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

