UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULRAHMAN CHERRI,
WISSAM CHARAFEDDINE,
ALI SULEIMAN ALI, and
KHEIREDDINE BOUZID,

    Plaintiffs,

vs.                                       Case No. 12-11656

ROBERT B. THOMPSON,          HON. AVERN COHN
JEFF SOKOLOWSKI,

                                           (Individual-Capacity Defendants)

    Defendants.
_____/

**ORDER STAYING PROCEEDINGS AS TO**
**INDIVIDUAL-CAPACITY DEFENDANTS**

This case involves a challenge to what Plaintiffs say is a Government policy, custom and practice of questioning Muslim-Americans as they enter the United States regarding their religious beliefs and practices in violation of their First and Fifth Amendment rights. On June 11, 2013, the Court bifurcated Plaintiffs' claims and required them to file separate complaints against two distinct sets of defendants: (1) the Official-Capacity Defendants;

and (2) the Individual-Capacity Defendants. (Doc. 45). Plaintiffs filed amended complaints (Docs. 46, 47). Until further order of the Court, this case as it relates to the Individual-Capacity Defendants is STAYED.

    SO ORDERED.

                           S/Avern Cohn
                           AVERN COHN
                           UNITED STATES DISTRICT JUDGE

Dated:  June 19, 2013

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 19, 2013, by electronic and/or ordinary mail.

                           S/Sakne Chami
                           Case Manager, (313) 234-5160