UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ABDULRAHMAN CHERRI, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:12-cv-11656 ) Hon. Avern Cohn |
| v. | ) Magistrate: Laurie J. Michaelson ) |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**STIPULATED ORDER OF DISMISSAL
OF INDIVIDUAL CAPACITY CLAIMS ONLY**

**WHEREAS**, the parties to the above-entitled action wish to dismiss Plaintiffs' individual capacity claims only [Dkt. 47] against Defendants Robert B. Thompson and Jeff Sokolowski.

**IT IS HEREBY STIPULATED AND AGREED,** by and among the parties and/or their respective counsel that, pursuant to Fed. R. Civ. P. 41, the claims against Defendants Robert B. Thompson and Jeff Sokolowski, in their individual capacities only [Dkt. 47], are hereby dismissed with prejudice and without costs or attorneys' fees.

IT IS SO ORDERED.

                                                                  S/Avern Cohn
                                                                  UNITED STATES DISTRICT JUDGE

Dated:  August 14, 2013

Approved as to form and substance:

        BARBARA L. MCQUADE
        United States Attorney

        */s/ Patrick Nemeroff*
        PATRICK G. NEMEROFF (CA Bar)
        Trial Attorney
        Civil Division, Federal Programs Branch
        United States Department of Justice
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Email:  patrick.g.nemeroff@usdoj.gov
        Tel:     (202) 305-8727
        Fax:    (202) 616-8470

        *Counsel for Official-Capacity Defendants*

        */s/ Brant S. Levine*
        BRANT S. LEVINE
        (D.C. Bar 472970)
        Trial Attorney
        United States Department of Justice
        Civil Division, Constitutional Torts Staff
        P.O. Box 7146, Ben Franklin Station
        Washington, D.C. 20044
        Email: brant.levine@usdoj.gov
        Tel:     (202) 616-4373
        Fax:    (202) 616-4314

        *Counsel for Defendants Robert B. Thompson and Jeff Sokolowski in their individual capacities*

AKEEL & VALENTINE, PLLC

*/s/ Shereef H. Akeel*
SHEREEF H. AKEEL (P54345)
SYED H. AKBAR (P67967)
*Attorneys for Plaintiffs*
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, MICHIGAN

*/s/ Lena F. Masri*
LENA F. MASRI (P73461)
*Attorney for Plaintiffs*
21700 Northwestern Hwy, Ste. 815
Southfield, MI 48075
Phone:  (248) 559-2247
lmasri@cair.com

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS

*/s/ Gadeir I. Abbas*
GADEIR I. ABBAS (VA #: 81161)
*Attorney for Plaintiffs*
453 New Jersey Avenue, SE
Washington, DC 20003
Phone:  (202) 742-6410
gabbas@cair.com

3

                                        COUNCIL ON AMERICAN-ISLAMIC
                                        RELATIONS, OHIO

                                        */s/ Munia Jabbar*
                                        MUNIA F. JABBAR (DC Bar: 1008337)
                                        *Attorney for Plaintiffs*
                                        453 New Jersey Avenue, SE
                                        Washington, DC 20003
                                        Phone:  (202) 646-6033
                                        Fax:  (202) 488-0883
                                        mjabbar@cair.com

Dated: August 14, 2013