UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ABDULRAHMAN CHERRI**, *et al.*, | |
| Plaintiffs, | Case No. 2:12-cv-11656 |
| | Hon. Avern Cohn |
| v. | Magistrate Hon. Laurie J. Michaelson |
| **CHRISTOPHER A. WRAY**, Director, Federal Bureau of Investigation, *et al.*, | ** HEARING REQUESTED ** |
| Defendants. | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, PERMANENT INJUNCTION, AND DECLARATORY RELIEF

Plaintiffs[1] ABDULRAHMAN CHERRI, WISSAM CHARAFEDDINE and ALI SULEIMAN ALI move for summary judgment, a permanent injunction, and declaratory relief under Federal Rule of Civil Procedure 56 and Local Rule 7. Plaintiffs seek this relief against official-capacity Defendants Kevin K. McAleenan, Acting Secretary of the United States Department of Homeland Security ("DHS"), Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection ("CBP"), and Christopher A. Wray, Director of the Federal Bureau of Investigation ("FBI").[2]

---

[1] Plaintiff Kheireddine Bouzid is deceased. Therefore, Plaintiff Bouzid is not one of the Plaintiffs bringing forth this Motion for Summary Judgment.

[2] All official-capacity agency defendants are automatically substituted pursuant to Federal Rule of Civil Procedure 25(d).

1

Summary judgment and a permanent injunction is appropriate because, under official policy and practice, Defendants target certain Muslims and people of faith for secondary inspections at the border. At the border and in subsequent investigations, Defendants then subject these Muslims to religious questioning about their Islamic religious beliefs and religious practices. This religious discrimination does not serve a compelling state interest and is not narrowly tailored to achieve any compelling state interest. Defendants' religious discrimination thus violates Plaintiffs' rights to equal protection guaranteed by the Fifth Amendment to the United States Constitution.

Under Local Rule 7.1, Plaintiffs sought concurrence in this motion, and such concurrence was not granted.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court GRANT their Motion for Summary Judgment, Permanent Injunction and Declaratory Relief against Defendants in the form attached as a Proposed Order, and grant costs, attorneys' fees, and any other relief it deems just and equitable.

Respectfully submitted,

CAIR LEGAL DEFENSE FUND

BY:   /s/ *Lena Masri*
LENA F. MASRI (P73461)
GADEIR I. ABBAS (VA # 81161)*
CAROLYN M. HOMER (DC # 1049145)
JUSTIN SADOWSKY (DC # 977642) €
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787
  lmasri@cair.com

                                    AKEEL & VALENTINE, PLLC
                                    SHEREEF H. AKEEL (P54345)
                                    888 W. Big Beaver Rd., Ste. 910
                                    Troy, MI 48084
                                    Phone: (248) 269-9595
                                      shereef@akeelvalentine.com

*\* Licensed in VA, not in D.C.*
*Practice limited to federal matters*

€ *EDMI admission forthcoming*

*Attorneys for Plaintiffs*

Date:  May 28, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send automatic notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Lena F. Masri*