UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ABDULRAHMAN CHERRI**, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:12-cv-11656 ) Hon. Avern Cohn |
| v. | ) Magistrate Hon. Laurie J. Michaelson ) |
| **CHRISTOPHER A. WRAY**, Director, Federal Bureau of Investigation, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATED ORDER EXTENDING SUMMARY JUDGMENT BRIEFING DEADLINES**

Upon stipulation of the parties, by and through their respective attorneys, it is hereby ordered that the summary judgment briefing deadlines are extended and set as follows:

Government's Response to Plaintiffs' MSJ and Cross MSJ:  **July 29, 2019**
Plaintiffs' Cross-Opposition/Reply:  **August 30, 2019**
Government's Reply:  **September 20, 2019**

IT IS SO ORDERED.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: 6/3/2019

Approved as to form and substance:

        CAIR LEGAL DEFENSE FUND

        BY:   /s/ Lena Masri
        LENA F. MASRI (P73461)
        GADEIR I. ABBAS (VA # 81161)*
        CAROLYN M. HOMER (DC # 1049145)
        JUSTIN SADOWSKY (DC # 977642) €
        453 New Jersey Ave, SE
        Washington, DC 20003
        Phone: (202) 488-8787
          lmasri@cair.com

*Attorneys for Plaintiff*

**JOSEPH H. HUNT**
Assistant Attorney General

**JOHN R. TYLER**
Assistant Director, Federal Programs Branch

/s/ Leslie Cooper Vigen
**LESLIE COOPER VIGEN**
Trial Attorney (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov

Dated: May 31, 2019

2