## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ABDULRAHMAN CHERRI**,  )
*et al.*,                )
                         )
       Plaintiffs,  )    Case No. 2:12-cv-11656
                         )    Hon. Avern Cohn
       v.          )    Magistrate Hon. Laurie J. Michaelson
                         )
**CHRISTOPHER A. WRAY**,  )
Director, Federal Bureau  )
of Investigation, *et al.*,  )
                         )
       Defendants.  )

## PLAINTIFFS' NOTICE OF PUBLIC RE-FILING
## OF PREVIOUSLY UNDER SEAL SUMMARY JUDGMENT PAPERS

Pursuant to the Parties' Stipulation to Withdraw Confidentiality Designations and the Court's subsequent Order dismissing the cross-sealing motions (Dkt. 117), Plaintiffs ABDULRAHMAN CHERRI, WISSAM CHARAFEDDINE and ALI SULEIMAN ALI now file public copies of certain previously sealed summary judgment papers. The publicly re-filed documents include:

- A public, unredacted copy of Plaintiffs' Statement of Material Facts (Dkt. 111-2)

- A public, unredacted copy of Plaintiffs' Memorandum in Support of Summary Judgment (Dkt. 111-3)

- A public copy of PEX 1, including the ICE Religious Questionnaire. This document contains the Government's original as-produced redactions.

- A public copy of PEX 2, including ICE interview notes with Plaintiff Charaffedine. This document contains the Government's original as-produced redactions plus some consented-to Privacy Act / Personally Identifiable Information redactions.

- A public copy of PEX 18, FBI Memoranda regarding Plaintiff Cherri. This document contains the Government's original as-produced redactions plus some consented-to Privacy Act / Personally Identifiable Information redactions.

- A public copy of PEX 22, the Deposition of Matthew Sabo, ICE Special Agent. FBI Memoranda regarding Plaintiff Cherri. This document contains some consented-to Privacy Act / Personally Identifiable Information redactions.

Respectfully submitted,

CAIR LEGAL DEFENSE FUND

BY:   /s/ Lena Masri
LENA F. MASRI (P73461)
GADEIR I. ABBAS (VA # 81161)*
CAROLYN M. HOMER (DC # 1049145)
JUSTIN SADOWSKY (DC # 977642) €
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

2

lmasri@cair.com

AKEEL & VALENTINE, PLLC
SHEREEF H. AKEEL (P54345)
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
    shereef@akeelvalentine.com

*Licensed in VA, not in D.C.*
*Practice limited to federal matters*

*€ EDMI admission forthcoming*

*Attorneys for Plaintiffs*

Date: June 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing

document with the Clerk of the Court for the Eastern District of Michigan using the

ECF System which will send automatic notification to the registered participants of

the ECF System as listed on the Court's Notice of Electronic Filing.


/s/ *Lena F. Masri*