UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Abdulrahman Cherri, et al.,

                Plaintiff(s),

v.                                              Case No. 2:12−cv−11656−DPH−RSW
                                                    Hon. Denise Page Hood

Robert S Mueller, III, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for Summary Judgment – #111
        Motion for Summary Judgment – #120

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Denise Page Hood *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/L. Saulsberry
                                                             Case Manager

Dated: March 24, 2020