**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ABDULRAHMAN CHERRI**, *et al.*,

Plaintiffs,

v.

**KASH PATEL**, *et al.*,

Defendants.

Case No. 2:12-cv-11656
The Hon. Denise Page Hood

**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY CHRISTOPHER D. EDELMAN**

Defendants' motion to withdraw the appearance of Christopher D. Edelman is hereby **GRANTED**.

**SO ORDERED**.

Dated: April 16, 2026

s/Denise Page Hood
Denise Page Hood
United States District Judge