AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Cherri et al<br>*Plaintiff*<br>v.<br>Mueller, III et al<br>*Defendant* | ) ) ) ) ) | Case No. 2:12 cv 11656 DPH RSW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cherri et al. .

Date: 06/25/2026

/s/ Nora Elmubarak
*Attorney's signature*

Nora Elmubarak DC90035079
*Printed name and bar number*

453 New Jersey Ave SE
Washington, D.C. 20003
*Address*

nelmubarak@cair.com
*E-mail address*

(202) 742 6419
*Telephone number*

(202) 379 3317
*FAX number*